No. 1163. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1307. HELIGMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Irl B. Baris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 1323. POLSON *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied. *Thomas L. Smith* for petitioner.

No. 1325. HALE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *John C. Moran* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1345. ZAFFARANO *v.* FITZPATRICK, WARDEN. C. A. 2d Cir. Certiorari denied. *Irving Spieler* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for respondent.

No. 1375. WOLF CORP. ET AL. *v.* GREEN; and
No. 1376. TROSTER, SINGER & Co. *v.* GREEN. C. A. 2d Cir. Certiorari denied. *Milton E. Mermelstein* and *Jay D. Fischer* for Wolf Corp. et al., and *Alvin K. Hellerstein* for David Berdon & Co., petitioners in No. 1375; and *Frank W. Adams* for petitioner in No. 1376. *Irving Malchman* for respondent in both cases. Reported below: 406 F. 2d 291.